IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
At Kansas City, Kansas

| | | |
|---|---|---|
| BAILEY BURCHETT, Individually as Administrator of the Estate of DAMIEN "CRAIG" BURCHETT and DALTON BURCHETT, | ) ) ) ) ) | Case No.:2:18-cv-02584-CM-KGG |
| Plaintiffs, | ) ) | |
| TEAM INDUSTRIAL SERVICES, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(A)(2)

COME NOW Plaintiffs, Bailey Burchett, individually and as Administrator of the Estate of Damien "Craig" Burchett, and Dalton Burchett, by and through counsel, Bartimus Frickleton Robertson Rader, PC, and hereby move this Court for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that Plaintiffs' action be dismissed without prejudice. Plaintiffs and Defendants to bear their own costs. The grounds for this motion are stated with particularity in the accompanying memorandum of law, which is incorporated herein by reference. Defendants Emerson Electric Company, Emerson Process Management Power and Water Solutions, Inc. do not oppose Plaintiffs' Motion to Dismiss Without Prejudice. Defendant Team Industrial Services, Inc. was not contacted and likely opposes.

Respectfully submitted,

BARTIMUS FRICKLETON ROBERTSON RADER, P.C.

BY:/s/ Michael C. Rader
MICHAEL C. RADER      KS BAR # 19585
JAMES FRICKLETON      KS BAR # 20602
MICHELLE MARVEL       KS BAR # 23511
11150 Overbrook Road, Suite 200

                **Leawood, KS 66211**
                **(913) 266-2300 (tel)**
                **(913) 266-2366 (fax)**
                mrader@bflawfirm.com
                jimf@bflawfirm.com
                mmarvel@bflawfirm.com

            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 16th day of July, 2019, a true and correct copy of the foregoing documents have been served on all known counsel of record by this Court's mandated electronic filing system.

W. Jeffrey Muskopf
Jessica A. Powers
L. Dean Henke
Patrick A. Bousquet
SmithAmundsen, LLC
120 South Central Avenue, Suite 700
St. Louis, MO 63105-1794
**Attorneys for Team Industrial Services, Inc.**

Patrick D. McVey
W. Ward Morrison, Jr.
James Breitenbucher
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

Michael S. Hargens
Michael R. Owens
Joseph C. Orlet
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
**Attorneys for Emerson Electric Co. and**
**Emerson Process Management Power & Water Solutions, Inc.**


*/s/ Michael C. Rader*
Michael C. Rader