IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BAILEY BURCHETT, Individually as Administrator of the Estate of DAMIEN "CRAIG" BURCHETT and DALTON BURCHETT,<br><br>   Plaintiffs,<br><br>v.<br><br>TEAM INDUSTRIAL SERVICES, INC., et al.,<br><br>   Defendants. | **CIVIL ACTION**<br><br>No. 18-02584-CM-KGG |

**ORDER**

**IT IS ORDERED** that the clerk shall administratively terminate this action without prejudice. Plaintiffs have not withdrawn their Motion for Voluntary Dismissal [Doc. 43]. Pursuant to the Court's Memorandum and Order [Doc. 91] granting dismissal and setting conditions, plaintiffs' motion is granted subject to those conditions, effective as of Tuesday, October 29, 2019. Plaintiffs' claims are dismissed without prejudice.

The case is closed.

**IT IS SO ORDERED**.

Dated this 29th day of October, 2019 at Kansas City, Kansas.

/s/ Carlos Murguia
HON. CARLOS MURGUIA
UNITED STATES DISTRICT JUDGE